IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MICHAEL DEXTER,       ) | |
|                              ) | |
| Petitioner,           ) | |
|                              ) | |
| v.                           ) | CIVIL ACTION NO. 12-00328-WS-N |
|                              ) | |
| NOAH PRICE OLIVER,            ) | |
|                              ) | |
| Respondent.           ) | |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby **DISMISSED as MOOT**.

**DONE** this 28th day of June, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE